UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE VALDEZ, | ) Case No. 2:24-cv-03339-RGK-KES |
| Plaintiff, | ) [PROPOSED] |
| | ) **JUDGMENT** |
| vs. | ) |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 9/3/2024

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE