John Metsker, Esq. SBN 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
Fax: 415-500-4081
jmetsker@metskerlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE VALDEZ,<br><br>   Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>   Defendant. | No. 2:24-cv-03339-RGK-KES<br><br>**[PROPOSED]**<br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND FIVE HUNDRED ONE DOLLARS AND NO CENTS ($4,501.00) pursuant to 28 U.S.C. § 2412(d) and no costs pursuant to 28 U.S.C. § 1920.

DATE:   December 3, 2024

_____
HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE